**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **D.H.,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **COMMISSIONER OF SOCIAL** ) <br> **SECURITY,** ) <br> ) <br>     **Defendant.** ) <br> _____) | **CIVIL ACTION NO. 5:23-CV-360 (MTT)** |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting plaintiff D.H.'s motion for attorney's fees (Doc. 15) under the Equal Access to Justice Act ("EAJA") and awarding D.H. $4,364.23. Doc. 16. The Commissioner does not oppose D.H.'s motion and has not objected to the Recommendation. Doc. 15 at 2. Accordingly, pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.

The Court has reviewed the Recommendation and accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 16) is **ADOPTED** and made the order of the Court. D.H.'s motion for an award of attorney's fees (Doc. 15) is **GRANTED**. It is **ORDERED** that D.H. be awarded $4,364.23 in attorney's fees under the EAJA.

**SO ORDERED**, this 29th day of May, 2024.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT

-2-

-2-